**Rex L. KELLY, Appellant,**

v.

**DIRECTOR OF REVENUE, Respondent.**

**No. WD 75704.**

Missouri Court of Appeals, Western District.

Oct. 1, 2013.

Kristi L. Pittman, Liberty, for Appellant.

James Chenault, for Respondent.

Before Special Division: ZEL FISCHER, Special Presiding Judge, VICTOR C. HOWARD, Judge and MARK D. PFEIFFER, Judge.

## ORDER

PER CURIAM:

Rex Kelly appeals the judgment of the trial court affirming the administrative revocation of his driving privileges for refusing to submit to a chemical analysis of his breath under section 577.041, RSMo Cum.Supp.2011. He claims that the error code produced by the breath test machine did not indicate a refusal and that the arresting officer substituted his opinion regarding whether Kelly refused the test for that of the machine and did not follow the appropriate operator's manual. Because a published opinion 5would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).